371 A.2d 864
Commonwealth v. Smith, Appellant.

Submitted September 13, 1976. Donald C. Cofsky, for appellant; James A. Shellenberger, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 865
Commonwealth v. Stanton, Appellant.

Submitted September 22, 1976. James J. Powell, III, Assistant Public Defender, for appellant; Ernest D. Preate, Jr., Assistant District Attorney, and Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

WATKINS, P. J., and SPAETH, J., dissent for the reasons cited in the dissenting opinion in Commonwealth v. McCusker, 245 Pa.Superior Ct. ——, 369 A.2d 465 (1976).